PROB. 35　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/Supervised
(Rev. 7/04)　　　　　　　　　　　　　　　　　　　　　Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 10 PM 1:39

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　Docket # 8:03CR280

**Kendra Fergus**

On February 24, 2004, Kendra Fergus was sentenced to 2 years probation. Kendra Fergus has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Kendra Fergus be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 10th day of Nov., 2005.

The Honorable Lyle E. Strom
United States Senior District Judge